IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        4:12CR3131
                               )
      v.                       )
                               )
RODRIGO ORTEGA-GARCIA,         )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue supervised release hearing (Filing No. 25).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the supervised release hearing is rescheduled for:

**Tuesday, March 11, 2014, at 9 a.m.** in Courtroom No. 4, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 4th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court